AO 442 (Rev.11/11) Arrest Warrant

F10 117035333

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED USMS ORLANDO
2024 AUG 8 PM 12:51

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 6:24-cr-201-GAP-EJK |
| HASHEM YOUNIS HASHEM HNAIHEN | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **HASHEM YOUNIS HASHEM HNAIHEN**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Threatened Use of an Explosive and Destruction of an Energy Facility, in violation of 18 U.S.C. §§ 844(e) and 1366(a).

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____ DEPUTY CLERK
PRINT NAME N. Rodriguez

Date: August 7, 2024

_JulissaSoto_
Issuing officer's signature

City and state: Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court
Printed name and title

### Return

This warrant was received on (date) 8/7/24, and the person was arrested on (date) 8/12/24
at (city and state) Orlando, FL
Date: 8/12/24

_E. El___
Arresting officer's signature

Elias El-Khoury / TFO
Printed name and title