UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                          CASE NO. 6:24-cr-201-GAP-EJK

HASHEM YOUNIS HASHEM HNAIHEN

## UNITED STATES' SUPPLEMENT TO ORE TENUS MOTION FOR DETENTION

On August 12, 2024, at defendant Hashem Younis Hashem Hnaihen's arraignment, the United States made an ore tenus motion for detention pursuant to 18 U.S.C. §§ 3142(f)(1)(A) and (f)(2)(A). (Doc. 12). A detention hearing is set for August 14, 2024, at 10:00 AM. The United States files this written supplement to outline some of the evidence which it will set forth, in more detail, at the hearing.

**I. RESTAURANT ATTACKS**

Starting around June of 2024, Hnaihen began targeting and attacking businesses in the Orlando area for their perceived support for the State of Israel. Wearing a mask, under the cover of night, Hnaihen would smash the glass front doors of the businesses and leave behind "Warning Letters." In these letters, which were addressed to the United States government, Hnaihen laid out a series of political demands, culminating in a threat to "destroy or explode everything here in whole America. Especially the companies and factories that support the racist state of Israel."



(Damage at two of the targeted businesses)

## II.     SOLAR FARM ATTACK

Hnaihen's attacks soon escalated. At the end of June, as law enforcement raced to identify the masked attacker, Hnaihen broke into a solar power generation facility in Wedgefield, Florida, and spent hours systematically destroying solar panel arrays. The solar farm's engineers and law enforcement investigators quickly realized that Hnaihen's attack bore signs of premeditation and sophistication. For example, whenever Hnaihen cut a wire, he would cut so close to the panel that it was impossible to splice in a new wire, permanently decommissioning the entire panel. And as Hnaihen worked across row after row, he identified and selectively destroyed the lead panel in a daisy-chained series of panels, taking the entire chain offline. Further, Hnaihen targeted and destroyed the computers which allowed the panel

arrays to tilt to face the sun as it moves across the sky. In a little over two hours, Hhaihen was able to efficiently decommission the entire field pictured below and cause over $700,000 in damage.



(Aerial photo of the solar panel field Hnaihen attacked,
with targeted panel areas outlined in red)



(Example of solar panel array with cut wires disabling the tilt mechanism and daisy-chained series of panels)



(Solar panels with glass cracked, necessitating complete replacement of the panel)

## III.   ADDITIONAL CONCERNS

As the United States will discuss in greater detail at the detention hearing, two other circumstances raise concerns should the defendant be released. First, in February of 2024, Hnaihen attempted to purchase a firearm and ammunition from a gun store in Orlando, despite being prohibited from owning firearms due to his alienage. On his gun-purchase paperwork, Hnaihen falsely stated that he was not an alien who has been admitted to the United States under a nonimmigrant visa. Fortunately, the Hnaihen's prohibited status was discovered during his background check, so he never gained possession of the firearm and ammunition.

Additionally, Hnaihen's threats and acts of destruction show a rapid pattern of escalation. What started as attacks on restaurants quickly morphed into a major attack on an energy facility. The Court should be aware that on July 9, 2024, two days before the Orange County Sheriff's Office arrested Hnaihen, employees at an industrial propane gas depot in Orlando, Florida, discovered an identical copy of the defendant's Warning Letter posted outside the facility. No damage was discovered at that time, but operations at the facility were significantly disrupted while a fire department hazmat team cleared the scene. Final fingerprint analysis is forthcoming.

The United States will provide additional evidence in support of detention at the August 14, 2024, hearing.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Richard Varadan*
      Richard Varadan
      Assistant United States Attorney
      Florida Bar No.: 1025743
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:  (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail: Richard.Varadan@usdoj.gov

**U.S. v. Hashem Younis Hashem Hnaihen**     **Case No. 6:24-cr-201-GAP-EJK**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Aziza Hawthorne, Esq.

By:     */s/ Richard Varadan*
Richard Varadan
Assistant United States Attorney
Florida Bar No.: 1025743
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: Richard.Varadan@usdoj.gov

7