# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                             **CASE NO: 6:24-cr-201-GAP-EJK**

**HASHEM YOUNIS HASHEM HNAIHEN**

AUSA: Richard Varadan

Defense Attorney: Aziza Hawthorne, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **August 14, 2024**<br>10:00 A.M.- 10:50 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 50 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | Souad Marrakchi/Arabic | PRETRIAL/PROB: | Sofia Kollaian |

## CLERK'S MINUTES
### DETENTION HEARING

Case called, appearances made, procedural setting by the Court.
Defense proceeds by proffer.
Defense calls Asira Shaheen, defendants Wife, Witness placed under oath.
Defense exhibit 1 identified. No objection from Government. Exhibit 1 admitted.
Cross-Examination.
Testimony concluded.
Defense proceeds by proffer.
Government proceeds by proffer.
Counsel makes arguments.
Governments motion for Detention granted. Orde to enter.
Court DENIES bond and defendant will remain in custody pending further proceedings- Order to be entered.
Court adjourned.