# EXHIBIT LIST



___ Government   ___ Plaintiff   ✓ Defendant   ___ Court

Case No. Style: USA v. Hashem Younis Hashem Hnaihen

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[3] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 8/14/24 | 8/14/24 | Ms. Asra Shaheen | N/A | Mr. Hnaihen's Business Confirmation |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[3] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.