# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                           CASE NO: 6:24-cr-201-GAP-EJK

**HASHEM YOUNIS HASHEM HNAIHEN**

AUSA: Richard Varadan

Defense Attorney: Joshua Lukman, Federal Public Defender

| Judge: | **EMBRY J. KIDD**<br>United States Magistrate Judge | Date and Time: | **December 18, 2024**<br>10:07 A.M.-10:43 A.M. |
|---|---|---|---|
| Courtroom: | 4C | Total Time: | 36 minutes |
| Deputy Clerk: | Julie Reyes | Reporter: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | Lina Safar/Arabic | Pretrial/Prob: | N/A |

### Clerk's Minutes
### Plea Hearing-Guilty/motion (Doc 36)

Case called, appearances made, procedural setting by the Court.
Interpreter and Defendant placed under oath.
Court inquires of the defendant-No issue as to competency.
Motion-Doc 36- denied as moot as defendant withdrew motion.
Defendant consents to have the Magistrate judge take his plea.
Court advises defendant of his rights and reviews the Notice of maximum penalty, elements of offense, personalization of elements and factual basis as stated on the record.
Defendant acknowledges that the factual basis is true and enters a plea of guilty.
Court receives the guilty plea and will enter a Report and Recommendation.
Sentencing will be set by separate notice.
Defendant remains in custody pending sentencing.
Court adjourned.