UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                CASE NO: 6:24-cr-201-GAP-EJK

HASHEM YOUNIS HASHEM
HNAIHEN

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Richard Varadan |
|---|---|---|---|
| DEPUTY CLERK: | Anita Chenevert | COUNSEL FOR DEFENDANT: | Joshua Lukman |
| COURT REPORTER: | Amie First Amiefirst.courtreporter@gmail.com | PROBATION: | Jennifer Trittipo |
| DATE: TIME: TOTAL TIME: | May 1, 2025 9:30 a.m – 10:22 a.m. 52 minutes | INTERPRETER: | Souad Larhouasli Marrakch /Arabic |

MINUTES ON SENTENCING

Interpreter placed under oath.

Unsworn Statements by: Moheeeb Hnaihen, Asira Shaheen, minors L.H., T.H.

**SENTENCE IMPOSED as to Counts 1, 2, 3, 4 and 5 of the Indictment.**

**INCARCERATION**:          72 months – this term consists of 72 months on each of Counts 1-5, all such terms to run concurrently.

**SUPERVISED RELEASE**:     3 years – this term consists of 3 years on each of Counts 1-5, all such terms to run concurrently.

> *Special conditions of supervised release:*
> 1) No contact (direct/indirect) with victims identified in this case.
> 2) If deported not re-enter without appropriate governmental authority.
> 3) Cooperate in DNA.

- 2 -

    4) Drug testing suspended.

**FINE is** waived.

**SPECIAL ASSESSMENT** of $500.00 is due immediately.

**RESTITUTION** is deferred.  A hearing will be set by separate notice**.**  With regards to restitution any victims should submit their claims within the next 30 days for the court to consider (if not submitted court will consider those as abandoned).   Court will defer restitution for 60 days.  Defendant would waive his right to be present at any hearing that may be scheduled on restitution.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be incarcerated at the facility located in the Dallas, Texas area to be near family, if appropriate and available.

Defendant advised of right to appeal.